# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

160395

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HOLLY KAYE HIBBLER,
        Defendant-Appellant.

SC: 160395
COA: 350122
Emmet CC: 18-004827-FH

_____/

On order of the Court, the application for leave to appeal the September 13, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020

Clerk

t0311